IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHAD NESBIT                                                                                    PLAINTIFF

v.                                               Civil No. 6:19-cv-06032

SHERIFF MIKE MCCORMICK, DEPUTY                                              DEFENDANTS
CURTIS, NURSE M. JARRETT, CAPTAIN
R. HALVERSON, MIKE KELLY, and
COPORAL DONAHUE

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action provisionally filed pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2011), the Honorable Susan O. Hickey, Chief United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

Currently before the Court is Plaintiff's failure to provide the Court with correct service information for Defendant Kelly. On June 6, 2019, the Court received Notice that service for Defendant Kelly had been accepted in error by the law firm of Wright, Lindsey & Jennings. (ECF No. 18). The Notice further stated that, upon current information and belief, Defendant Kelly was never an employee of Southwest Correctional Medical Group. (*Id*.). On June 7, 2019, the Court entered an Order directing Plaintiff to provide service information for Defendant Kelly by June 28, 2019. Plaintiff was further advised that failure to do so would result in the dismissal of this party from the case. (ECF No. 19). To date, Plaintiff has failed to provide any service information for Defendant Kelly.

It is Plaintiff's responsibility to provide the Court with the identity of and an address for proper service on Defendants. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). Accordingly,

I recommend that the Defendant Kelly be dismissed as a party from this case WITHOUT PREJUDICE.

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 31st day of July 2019.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE