IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHAD NESBIT                                  PLAINTIFF

v.                         Civil No. 6:19-cv-6032

SHERIFF MIKE MCCORMICK; DEPUTY
CURTIS; NURSE M. JARRETT; CAPTAIN
R. HALVERSON; MIKE KELLEY; and
CORPORAL DONAHUE                            DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed July 31, 2019, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Ford recommends that all claims against Defendant Kelly be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, all claims against Defendant Kelly are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of September, 2019.

                                               /s/ Susan O. Hickey
                                               Susan O. Hickey
                                               Chief United States District Judge