IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


CHAD NESBIT                                                                    PLAINTIFF


v.                                       Case No. 6:19-cv-6032


SHERIFF MIKE MCCORMICK;
DEPUTY CURTIS; NURSE M. JARRETT;
CAPTAIN R. HALVERSON; and
CORPORAL DONAHUE                                                              DEFENDANTS


**ORDER**

Before the Court is the Report and Recommendation filed June 11, 2020, by the Honorable

Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 51.

Judge Ford recommends that Plaintiff's claims against Separate Defendant Nurse M. Jarrett be

dismissed for failure to obey an order of the Court, failure to comply with the Court's Local Rules,

and failure to prosecute this case.  No party has filed objections to the Report and

Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review,

the Court adopts the Report and Recommendation *in toto.*  Accordingly, Plaintiff's claims against

Separate Defendant Nurse M. Jarrett are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 13th day of July, 2020.


                                                      /s/ Susan O. Hickey
                                                      Susan O. Hickey
                                                      Chief United States District Judge